# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Norton, Cynthia A. | 2. Court or Organization<br><br>U.S. Bankruptcy Court, W.D. of Missouri | 3. Date of Report<br><br>06/11/2019 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. Bankruptcy Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2018<br>to<br>12/31/2018 |
| 7. Chambers or Office Address<br><br>400 E. 9th St.<br>Room 6462<br>Kansas City, MO 64106 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | 2013 | Agreement with Steven R. Rebein, former co-owner/co-member of Grimes & Rebein, L.L.C., to collect and divide equally the remaining earned accounts receivable X |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Norton, Cynthia A. | 06/11/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Missouri Bar Association | Mar. 8-9, 2019 | Springfield, MO | Attend and teach CLE at annual bankruptcy seminar | Transportation, meals, hotel, registration |
| 2. | National Assoc. Bankruptcy Trustees | Feb. 22-23, 2018 | Las Vegas, NV | Attend and teach CLE at annual NABT meeting | Transportation, meals, hotel, registration |
| 3. | American College of Bankruptcy | Mar. 17-18, 2018 | Washington, DC | Attend and teach CLE at annual meeting | Transportation, meals, hotel, registration |
| 4. | Wisconsin Bar Association | Feb. 28 - Mar. 3, 2018 | Kohler, WI | Attend and teach CLE at annual meeting | Transportation, meals, hotel, registration |
| 5. | National Conference of Bankruptcy Judges | Oct. 27-31, 2018 | San Antonio, TX | Attend and monitor CLE sessions as member of the NCBJ education committee | Transportation, meals, hotel, registration |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Norton, Cynthia A. | 06/11/2019 |

| | | | | |
|---|---|---|---|---|
| 6. | All Iowa Bankruptcy Bar Association | Sept. 26-28, 2018 | Cedar Rapids, IA | Attend and teach CLE at bankruptcy seminar | Transportation, meals, hotel, registration |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Chase Bank Southwest VISA | Credit Card | J |
| 2. | USAA Federal Savings Bank | Credit Card | K |
| 3. | Exchange National Bank of Atchison | Personal Loan | K |
| 4. | Hilton Grand Vacations Properties Ownership Interest | Time Share Loan | K |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Norton, Cynthia A. | 06/11/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Northwestern Mutual Whole Life Policies | C | Int./Div. | K | T | | | | | |
| 2. TIAA-CREF 403(b) (Investments Listed Below) | | | | | | | | | |
| 3. a. TIAA-CREF Stock R3 Fund | A | Int./Div. | L | T | | | | | |
| 4. b. TIAA-CREF Bond Market R3 Fund | A | Int./Div. | J | T | | | | | |
| 5. c. TIAA-CREF Money Market | A | Int./Div. | J | T | | | | | |
| 6. Exchange National Bank Accounts | A | Int./Div. | J | T | | | | | |
| 7. Commerce Bank Accounts | A | Int./Div. | J | T | | | | | |
| 8. Navy Federal Credit Union Accounts | A | Int./Div. | J | T | | | | | |
| 9. Ivy Cash Management (Formerly Waddell & Reed) Accounts | A | Int./Div. | J | T | | | | | |
| 10. | | | | | | | | | |
| 11. | | | | | | | | | |
| 12. | | | | | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Norton, Cynthia A. | 06/11/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Liabilities incurred in 2018 were due to our ▮▮▮ wedding, unexpected medical costs, uncertainity over government shutdowns and ▮▮▮▮▮▮▮ and funeral. As of June 2019, all liabilities reported for 2018 have been liquidated as a result of the ongoing settlement of ▮▮▮▮▮▮ estate. Also, the agreement with Steve Rebein reported in Part II I will no longer report after this year; the statute of limitations to collect the two remaining receivables has expired and we deem the receivables uncollectible.

| Name of Person Reporting | Date of Report |
|---|---|
| Norton, Cynthia A. | 06/11/2019 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Cynthia A. Norton**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544